LORI HARPER SUEK
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone:      (406) 657-6101
FAX:         (406) 657-6989
Email:       Lori.Suek@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED
JUL 24 2017
Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. ANDREW MICHAEL GINN, Defendant. | CR 17-94-BLG-SPW<br><br>INDICTMENT<br><br>POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE<br>Title 21 U.S.C. § 841(a)(1)<br>(Penalty:   Twenty years of imprisonment, $1,000,000 fine, and at least three years of supervised release)<br><br>TITLE 21 PENALTIES MAY BE ENHANCED FOR PRIOR DRUG-RELATED FELONY CONVICTIONS |
|---|---|

THE GRAND JURY CHARGES:

That on or about December 29, 2016, at Billings, in the State and District of Montana, the defendant, ANDREW MICHAEL GINN, knowingly possessed with

1

the intent to distribute a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

A TRUE BILL.

Foreperson Signature Redacted.

FOREPERSON

LEIF M. JOHNSON
Acting United States Attorney

Crim. Summons _____
Warrant: __X_____
Bail: __none_____

JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney